**CIVILLE & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511
EMAIL: pciville@civilletang.com

*Attorneys for Plaintiff*

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use of INTERNATIONAL BRIDGE AND CONSTRUCTION MARIANAS, INC., | CIVIL CASE NO. 12-00001 |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLMENT AND STIPULATED MOTION TO VACATE TRIAL AND PRETRIAL DATES** |
| AMERICAN HOME ASSURANCE COMPANY, | |
| and | |
| TOA CORPORATION, INTERNATIONAL BRIDGE CORPORATION, and the IBC / TOA JOINT VENTURE, | |
| Defendants. | |

Civil Case No. 12-00001
*Notice of Settlement and Stipulated Motion to*
*Vacate Trial and Pretrial Dates*

International Bridge and Construction Marianas, Inc. gives notice that a settlement has been reached in the above matter. The settling parties have executed a Settlement Agreement which calls for them to close within five business days from today, which will be by February 10, 2015. Upon closing all parties will file a Stipulation and Order of Dismissal, dismissing this action with prejudice. In light of the foregoing, the parties ask the Court to vacate the trial and pretrial dates.

SO STIPULATED this 3rd day of February, 2015.

**CIVILLE & TANG, PLLC**

Date: February 3, 2015          By: */s/ G. Patrick Civille*
                                **G. PATRICK CIVILLE**
                                *Attorneys for Plaintiff*


**BLAIR, STERLING, JOHNSON & MARTINEZ, P.C.**

Date: February 3, 2015          By: */s/ Thomas C. Sterling*
                                **THOMAS C. STERLING**
                                *Attorneys for Defendants*
                                *American Home Assurance Company and TOA Corporation*


**LAW OFFICE OF VANESSA WILLIAMS**

Date: February 3, 2015          By: */s/ Vanessa Williams*
                                **VANESSA WILLIAMS**
                                *Attorney for Defendant*
                                *International Bridge Corporation*

**ARRIOLA, COWAN & ARRIOLA**

Date: February 3, 2015          By: */s/ Anita P. Arriola*
                                **ANITA P. ARRIOLA**
                                *Attorneys for Defendant*
                                *IBC/TOA Joint Venture*