**CIVILLE & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE:   (671) 477-2511
EMAIL:  pciville@civilletang.com

*Attorneys for Plaintiff*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use of INTERNATIONAL BRIDGE AND CONSTRUCTION MARIANAS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN HOME ASSURANCE COMPANY, <br><br> and <br><br> TOA CORPORATION, INTERNATIONAL BRIDGE CORPORATION, and the IBC / TOA JOINT VENTURE, <br><br> Defendants. | CIVIL CASE NO. 12-00001 <br><br><br><br> **NOTICE OF SETTLEMENT** |

Plaintiff hereby gives notice that the settlement herein was concluded today, February 10, 2015.  A Stipulation of Dismissal pursuant to FRCP 41 has been circulated and Plaintiff anticipates that it will be fully executed and filed by tomorrow, February 11, 2015.

Respectfully submitted this 10th day of February, 2015.

**CIVILLE & TANG, PLLC**

By:  */s/ G. Patrick Civille*
 **G. PATRICK CIVILLE**
 *Attorneys for Plaintiff*